# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAUREN TAYLOR, | Case No.: 2:23-cv-03031-KJM-CSK |
| Plaintiff, | Judge: Hon. Kimberly J. Mueller<br>Magistrate Judge: Chi Soo Kim |
| vs. | |
| FORD MOTOR COMPANY; and DOES 1 through 10, inclusive, | **ORDER GRANTING JOINT STIPULATION TO AMEND SCHEDULING ORDER (DKT. 13)** |
| Defendants. | State Comp. Filed: September 8, 2023<br>Removed: December 28, 2023 |

**HAVING CONSIDERD THE PARTIES' JOINT STIPULATION TO AMENDED SCHEDULING ORDER:**

It is hereby ordered that the following dates set forth in the May 9, 2024 Scheduling Order (DKT. 13) are vacated and continued according to the revised schedule below:

| Event | Current Dates | Continued Dates |
| --- | --- | --- |
| Close of Fact Discovery | 5/5/25 | 8/4/25 |
| Initial Expert Report | 5/26/25 | 8/25/25 |
| Rebuttal Expert Report | 6/9/25 | 9/8/25 |
| Expert Discovery Close | 6/30/25 | 9/29/25 |
| L/D to File Dispositive Motions | 8/29/25 | 12/5/25 |

Pursuant to stipulation, **IT IS SO ORDERED.**

Dated: May 6, 2025.

_____
UNITED STATES DISTRICT JUDGE