# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAUREN TAYLOR,<br><br>Plaintiff,<br><br>vs.<br><br>FORD MOTOR COMPANY; FUTURE FORD OF SACRAMENTO; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: 2:23-cv-03031-KJM-CSK<br><br>**ORDER** |

On June 25, 2025, both Parties filed a Joint Stipulation to Continue the Deadline to File Dispositional Documents.

The Court, having considered the Parties' Joint Stipulation and finding good cause therefore, hereby GRANTS the Joint Stipulation and ORDERS as follows:

1. The Joint Stipulation is Granted;
2. The Court continues the filing deadline of to file dispositional documents from July 14, 2025, to September 15, 2025; and
3. The Court retains Jurisdiction over the action until Plaintiff's fees, costs, and expenses are decided and funding satisfied.

IT IS SO ORDERED.

Dated:  July 2, 2025.

UNITED STATES DISTRICT JUDGE