UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Lauren Taylor,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>Ford Motor Company, et al.,<br><br>　　　　　　Defendants. | No. 2:23-cv-03031-KJM-CSK<br><br>ORDER |

The parties jointly stipulate and request an order extending the deadline to file dispositional documents, so as to allow them to continue discussing plaintiff's request for fees and costs. ECF No. 24. The request is **granted**. The deadline to file dispositional documents is extended to **October 15, 2025**.

Because multiple months have passed since plaintiff accepted defendant's offer of judgment, ECF No. 20, and because the court has previously extended the same deadline based on a similar request, ECF No. 23, the court does not anticipate granting any further requests to extend the deadline to file dispositional documents.

IT IS SO ORDERED.

DATED: September 16, 2025.

UNITED STATES DISTRICT JUDGE

1