# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAUREN TAYLOR,<br><br>    Plaintiff,<br><br>    vs.<br><br>FORD MOTOR COMPANY;<br>FUTURE FORD OF SACRAMENTO;<br>and DOES 1 through 10, inclusive,<br><br>    Defendants. | Case No. 2:23-cv-03031-KJM-CSK<br><br>Hon. Kimberly J. Mueller<br><br>**ORDER** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

Plaintiff LAUREN TAYLOR ("Plaintiff") and Defendant FORD MOTOR COMPANY have agreed FORD MOTOR COMPANY will pay $12,500.00 to resolve Plaintiff's attorneys' fees, costs, and expenses.

Accordingly, the Court hereby enters an ORDER for Defendant to pay Plaintiff $12,500.00 to resolve attorneys' fees, costs, and expenses. Payment is to be made to counsel for Plaintiff by December 25, 2025. After satisfaction of payment, Plaintiff will dismiss this case with prejudice within 10 business days against all parties.

Accordingly, the Motion for Attorneys' Fees, Costs and Expenses currently scheduled for December 4, 2025 date is hereby vacated and withdrawn.

**IT IS SO ORDERED.**

Dated: October 6, 2025.

UNITED STATES DISTRICT JUDGE

1

**ORDER**